No. 422. OFFICE EMPLOYES INTERNATIONAL UNION, LOCAL No. 11, AFL–CIO, v. NATIONAL LABOR RELATIONS BOARD. Certiorari, 352 U. S. 906, to the United States Court of Appeals for the District of Columbia Circuit. The motion of the International Brotherhood of Teamsters et al. for leave to intervene or in the alternative to present oral argument, as *amici curiae*, is denied. The motion for leave to file reply brief of the International Brotherhood of Teamsters et al., as *amici curiae*, is granted. *Samuel B. Bassett* and *Clifford D. O'Brien* for the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, AFL–CIO, et al., movants.

No. 430. ACHILLI v. UNITED STATES. Certiorari, 352 U. S. 916, to the United States Court of Appeals for the Seventh Circuit. The motion of *Carl J. Batter* to withdraw appearance for petitioner is granted.

No. 752. JACOBS, DOING BUSINESS AS JACOBS INSTRUMENT Co., v. UNITED STATES. Motion to strike respondent's brief denied. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Bernard Cedarbaum* for the United States.

No. 569, Misc. RENZ v. PINTO, SUPERINTENDENT, NEW JERSEY STATE PRISON FARM. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.